No. 356. IN THE MATTER OF DAN W. TRACY. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

*Mr. Isaac Lobe Straus* for petitioner. *Mr. Walter Gordon Merritt* for Allen Bradley Co. et al.